NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALTER PERREIRA DUARTE,<br><br>                      Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>                      Defendants. | Civil Action No.: 2:19-cv-11429<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the motion of Plaintiff ("Motion") to remand this matter to state court for deficiency pursuant to 28 U.S.C. § 1446(b)(1). (ECF No. 3). Defendant opposed the motion. (ECF No. 4). On August 2, 2019, Magistrate Judge Mark Falk issued a Report and Recommendation ("R&R") that the Motion be granted. (ECF No. 5). The deadline to file objections to the R&R was August 16, 2019. No objections have been filed thereto.

The Court has considered the submissions of the parties, and Judge Falk's R&R, and for substantially the same reasons stated therein:

IT IS on this __31st__ day of __October__, 2019,

**ORDERED** this Court adopts Judge Falk's August 2, 2019 R&R (ECF No. 5) that Plaintiff's motion to remand (ECF No. 3) be granted; and it is further

**ORDERED** this action be remanded; and it is further

**ORDERED** the Clerk of Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

/s/ Claire C. Cecchi
_____
CLAIRE C. CECCHI, U.S.D.J.